Commonwealth *v.* Sanders, Appellant.

Argued November 10, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and BARBIERI, JJ.

598

*John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant.

*Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Order of the Superior Court and judgment of sentence affirmed.

Mr. Chief Justice BELL and Mr. Justice POMEROY took no part in the consideration or decision of this case.